# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG LEMIRE, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) **Case No.: 3:12-cv-30191** |
| | ) |
| EOS CCA, | ) |
| | ) |
| Defendant | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses her Complaint with prejudice.

Dated: February 5, 2013

BY:/s/Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID # 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff